IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| RANDY ROOSEVELT APPLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 02-TMP-0109-NE |
| | ) | |
| WILLIAM WALLACE HARALSON, | ) | |
| CHARLES RHODES, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTERED**
**AUG 2 6 2002**

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 17, 2002, recommending that this action filed under 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on July 24, 2002.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 23d day of August, 2002.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In his objections, the plaintiff amends his requested relief by asking that the court "correct [his] sentence and release [him] from prison." (Doc. #11, page 6). Such relief is not appropriate in an action pursuant to 42 U.S.C. § 1983. A state prisoner may challenge the fact or duration of his imprisonment only by way of a petition for writ of habeas corpus. *Preiser v. Rodriquez*, 411 U.S. 475 (1973).